AMERICAN SURETY COMPANY OF NEW YORK, Appellant, *v.* KASCO MILLS, INC., et al., Defendants, and CHARLES F. KIESER, Respondent.

(Submitted June 5, 1933; decided July 11, 1933.)

*William B. Butler* and *William P. Moyles* for appellant. *Arnold E. Monetti* and *Chauncey B. Garver* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.